United States District Court
Southern District of Texas
**ENTERED**
October 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| JPMORGAN CHASE BANK, N.A., "Plaintiff," | § | |
| | § | |
| v. | § | Civil Action No. 1:26-cv-00006 |
| | § | |
| ROOF PRO SERVICES LLC, *et al.*, "Defendants." | § | |

**ORDER**

Before the Court are "JPMorgan Chase Bank, N.A.'s Original Complaint" (Dkt. No. 1) ("Complaint"), "Motion for Default Judgment Against All Defendants by JPMorgan) (Dkt. No. 20) ("Motion for Default Judgment"), and the Magistrate Judge's "Report and Recommendation to Grant Default Judgment and Award Fees" (Dkt. No. 23) ("Report and Recommendation").

The Report and Recommendation was published on September 24, 2026, and objections to the Report and Recommendation were due on October 8, 2026. Since no objections were filed to the magistrate's ruling, the Court reviews the magistrate judge's conclusions for clear error. *See Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the Report and Recommendation (Dkt. No. 23) is **ADOPTED**. Thus, Defendant's Motion for Default Judgment (Dkt. No. 20) is **GRANTED**. The Court further finds that:

(1) Plaintiff Chase and Defendants Roof Pro Services, Lee R. Olivares and Nora I. Olivares entered into a valid and enforceable contract involving a commercial loan;
(2) Defendants defaulted on the loan;
(3) Chase is entitled to the outstanding balance on the Contract in the amount of $74,504.57 due on the Contract as of April 17, 2026;
(4) Chase is entitled to pre-judgment interest accrued in the amount of $7,462.88 as of April 17, 2026;
(5) Chase is entitled to late fees and costs in the amount of $819.00 as of April 17, 2026;

(6) Chase is entitled to reasonable and necessary attorney fees of $1,225.00 through judgment;

(7) Chase is entitled to post-judgment interest in the amount outlined in the Federal Reserve Statistical Release table;

(8) Reasonable expenses to enforce and collect on the judgement, including additional attorney fees; and

(9) All writs and process necessary for enforcement and collection of the judgement.

SIGNED this October 14, 2026

Rolando Olvera
United States District Judge